

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00037-CV

**IN RE** John M. **DONOHUE**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice
            Irene Rios, Justice

Delivered and Filed:  February 1, 2017

PETITION FOR WRIT OF MANDAMUS DENIED

Relator filed a petition for writ of mandamus on January 23, 2017 complaining of an order denying Relator's "Petition to Reconsider Permission to File." Relator filed no record with the petition for writ of mandamus and the appendix to the petition for writ of mandamus contained only a copy of correspondence between Relator and the District Courts' staff attorney and a copy of Relators "Petition to Reconsider Permission to File" dated December 27, 2016.

A party seeking mandamus relief bears the burden of providing this court with a record sufficient to establish its right to relief. *Walker v. Packer*, 827 S.W.2d 833. 837 (Tex. 1992). The record must include "a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding." TEX. R. APP. 52.7(a)(1). In

---

[1] This proceeding arises out of Cause No. 2013-CI-19573, styled *Martha Donohue v. John M. Donohue*, pending in the 288th Judicial District Court, Bexar County, Texas.

addition, Relator must provide this court with "a certified or sworn copy of any order complained of, or any other document showing the matter complained of[.]" TEX. R. APP. P. 52.3(l)(A). Relator has not provided this court with a copy of the order of which he complains and also fails to provide this court with a record sufficient to establish his claim for relief. Due to the lack of an adequate mandamus record, we are unable to determine whether the trial court abused its discretion. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM